**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


KRISTOFF GINTOWT                          :              CIVIL ACTION

          v.                                      :

TL VENTURES, et al.                        :              NO. 02-cv-746


**O R D E R**


    **AND NOW, TO WIT:** This 9th  day of  November, 2004,
it having been reported that the issues between the parties in the above action has been settled
and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of
Civil Procedure of this Court , it is

    **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to
agreement of counsel without costs.




            **MICHAEL E. KUNZ**, Clerk of Court


            **BY:**_____
                  Lynn Meyer
                  Deputy Clerk


cc:      Donald Lewis, Esquire (fax)
          Thomas Zemaitis, Esquire (mail)


O:\41(b) Orders to Dismiss\Gintowt v. TL Ventures 02-746 - 41 b order.wpd